EXHIBIT "A"



JPMorgan Chase Bank, NA
Fax: +1-866-281-9208
Portfolio Management Center
AZ1-1025
P.O. Box 29550
Phoenix, AZ 85038

December 23, 2016

CONQUEST FINANCIAL MANAGEMENT CORP
Gerald Shvartsman
11451 NW 36th Ave
Miami, FL 33167

Re: Loan Number Ending In 7012 (the "Loan")

Dear Customer:

JPMorgan Chase Bank, N.A. ("Chase") has agreed to restructure your Loan. The documents required to do so are enclosed for your review and execution. Once you have fully executed the enclosed documents, please return them to me in the enclosed pre-paid return envelope.

As we discussed, you will note that the Promissory Note is in the amount of $1,782,817.09, which accounts for the $200,000.00 principal payment that must accompany the dated/signed loan documents, along with a payment in the amount of $8,098.86 for accrued interest due as of the December 28, 2016 Promissory Note date.

Chase must receive the payment in the amount of $208,098.86 and the signed documents by no later than January 5, 2017. If we don't, our offer will immediately terminate and we will not restructure your loan.

You should retain a copy of the signed documents for your records. Assuming we receive the signed documents and $208,098.86 payment by January 5, 2017, your next payment in the amount of $15,000.00 will be due on January 28, 2017.

If you have any questions please do not hesitate to call me on my direct line at 602-221-7802.

Sincerely,

Frank Armenta, Associate
Portfolio Management Center
866-343-4079 Ext. 7802
E-Mail: frank.a.armenta@chase.com