EXHIBIT "B"



JPMorgan Chase Bank, N.A.
Fax: +1-866-281-9208
Portfolio Management Center
AZ1-1025
P.O. Box 29550
Phoenix, AZ  85038

July 13, 2017

**GERALD SHVARTSMAN**
**CONQUEST FINANCIAL MANAGEMENT CORP**
**11451 N.W. 36TH AVE**
**MIAMI, FL 33167**


Re: Loan Number Ending In 7012 (the "Loan")

Dear Customer:

JPMorgan Chase Bank, N.A. ("Chase") requests that you provide the following documents regarding your Loan:

---

Conquest Financial
Year-end 12/31/16 CPA Compiled financial statements were due 4/30/17 and are presently past due.
Interim 3/31/17 company prepared balance sheet and income/expense statement were due 4/30/17 and are presently past due.
Interim 6/30/17 company prepared balance sheet and income/expense statement are due by 7/31/17.
Accounts receivable aging report and a listing or schedule of inventory report both as of 6/30/17 are due by 7/31/17.
2015 Tax Returns on Conquest Financial were due within 30 days of filing and are presently past due.
2016 Tax Returns on Conquest Financial are due within 30 days of filing. If the 2016 tax return is on extension please provide a copy of the IRS Extension Form.
Current Non-Chase Business Debt Schedule. A blank form is enclosed for your convenience.

Gerald Shvartsman
2015 Tax Return was due within 30 days of filing and is presently past due.
2016 Tax Return. Due within 30 days of filing. If the 2016 tax return is on extension please provide a copy of the IRS Extension Form.

Michael Shvartsman
2015 Tax Return was due within 30 days of filing and is presently past due.
2016 Tax Return. Due within 30 days of filing. If the 2016 tax return is on extension please provide a copy of the IRS Extension Form.

---

Please provide the requested information within 15 days from the date of this letter. If you do not, Chase may impose any default interest rate permitted under the terms of the Loan.

CONQUEST FINANCIAL MANAGEMENT CORP

July 13, 2017

You should understand that Chase may choose to pursue whatever remedies are available to protect its rights.

Chase values our relationship, and we look forward to working with you. I urge you to respond promptly with the requested information.

Please don't hesitate to call me if you have any questions or concerns.

Sincerely,

FRANK ARMENTA
Special Credits Risk
Portfolio Management Center
1-866-343-4079 Ext. 7802
E-Mail:frank.a.armenta@chase.com

To: GERALD SHVARTSMAN CONQUEST FINANCIAL MANAGEMENT CORP 11451 N.W. 36TH AVE MIAMI, FL 33167

cc: