# UNITED STATES DISTRICT COURT
## OF THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

v.

CONQUEST FINANCIAL MANAGEMENT CORP; MICHAEL SHVARTSMAN, and GERALD SHVARTSMAN,

    Defendants.

Case No. 1:19-CV-22712-UU

## AMENDED COMPLAINT FOR BREACH OF NOTE AND GUARANTY

Plaintiff, JPMORGAN CHASE BANK, N.A. ("**Chase**"), sues Defendants, CONQUEST FINANCIAL MANAGEMENT CORP ("**Conquest Financial**"), and MICHAEL SHVARTSMAN ("**M. Shvartsman**"), and GERALD SHVARTSMAN ("**G. Shvartsman**"), and alleges the following:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for damages for breach of a promissory note and guaranties. The parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorneys' fees.

2. Plaintiff Chase is chartered as a national banking association under the laws of the United States, and has its main office and principal place of business in Columbus, Ohio.

3. Defendant Conquest Financial is a corporation organized and existing under the laws of the State of Florida with a principal place of business in the State of Florida.

4. Defendant M. Shvartsman is an individual domiciled in and a citizen of Florida, and also transacts business in Miami-Dade County, Florida.

5. Defendant G. Shvartsman is an individual domiciled in and a citizen of Florida, and also transacts business in Miami-Dade County, Florida.

6. This Court possesses jurisdiction over this action under 28 U.S.C. § 1332(a) because complete diversity of citizenship exists among the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorneys' fees.

7. Venue in the Southern District of Florida accords with 28 U.S.C. § 1391 because all Defendants reside and transact business in the Southern District of Florida.

8. Every condition precedent to this action was either performed, waived, or excused.

## GENERAL ALLEGATIONS

9. On December 28, 2016, Conquest Financial executed and delivered to Chase a Promissory Note in the original principal amount of $1,782,817.09 (the "**Loan**"). A true and correct copy of the Loan is attached as **Exhibit A**.

10. On December 28, 2016, M. Shvartsman executed and delivered to Chase a Commercial Guaranty ("**M. Commercial Guaranty**"). On December 28, 2016, G. Shvartsman executed and delivered to Chase a Commercial Guaranty ("**G. Commercial Guaranty**"). Pursuant to the M. Commercial Guaranty and the G. Commercial Guaranty, the Shvartsmans guaranteed the prompt payment of all amounts due under the Loan. A true and correct copy of the M. Commercial Guaranty is attached as **Exhibit B**, and a true and correct copy of the G. Commercial Guaranty is attached as **Exhibit C**.

11. The Loan, the M. Commercial Guaranty, and the G. Commercial Guaranty, and any other documents that evidence or secure the Loan shall be collectively referred to herein as the "**Loan Documents**."

12. Conquest Financial defaulted under the terms of the Loan by failing to pay all amounts due under the Loan on June 28, 2018.

13. Exclusive of accrued interest, late fees, and other charges, Conquest Financial owes Chase approximately $1,610,023.38 in principal under the Loan.

14. Chase owns and holds the Loan Documents.

15. Due to the default, Chase accelerated all sums due under the Loan.

16. Chase retained the undersigned counsel to prosecute this action and became obligated to pay reasonable attorneys' fees, which fees are recoverable from Conquest Financial, M. Shvartsman, and G. Shvartsman in accordance with the Loan Documents.

## COUNT I - BREACH OF PROMISSORY NOTE

17. Chase incorporates paragraphs 1 through 16 above.

18. Defendant Conquest Financial defaulted under the Loan.

19. Conquest Financial now owes Chase: (i) the full amount of principal due under the Loan of $1,610,023.38, and (ii) accrued interest, default interest, late fees, processing fees, attorneys' fees and expenses due under the Loan.

**WHEREFORE,** Plaintiff, JPMorgan Chase Bank, N.A., demands judgment against Defendant Conquest Financial Management Corp. for the full amount of principal due under the Loan of $1,610,023.38 together with accrued interest thereon, default interest, late charges, processing fees, court costs, advances, attorneys' fees, and all other amounts recoverable from Conquest Financial Management Corp. under the Loan.

## COUNT II - BREACH OF GUARANTY (M. Shvartsman)

20. Chase incorporates Paragraphs 1 through 16 above.

21. Defendant Conquest Financial defaulted under the Loan.

22. By virtue of the M. Commercial Guaranty, M. Shvartsman owes Chase: (i) the full amount of principal due under the Loan of $1,610,023.38, (ii) accrued interest, default interest, late fees, processing fees, attorneys' fees and expenses due under the Loan.

**WHEREFORE**, Plaintiff, JPMorgan Chase Bank, N.A., demands judgment against Defendant Michael Shvartsman for: (i) the principal amount of $1,610,023.38 due under the Loan; (ii) accrued interest, default interest, late charges, processing fees, court costs, advances, attorneys' fees, and all other amounts recoverable from Michael Shvartsman under the M. Commercial Guaranty.

### COUNT III - BREACH OF GUARANTY (G. Shvartsman)

23. Chase incorporates Paragraphs 1 through 16 above.

24. Defendant Conquest Financial defaulted under the Loan.

25. By virtue of the G. Commercial Guaranty, G. Shvartsman owes Chase: (i) the full amount of principal due under the Loan of $1,610,023.38, (ii) accrued interest, default interest, late fees, processing fees, attorneys' fees and expenses due under the Loan.

**WHEREFORE**, Plaintiff, JPMorgan Chase Bank, N.A., demands judgment against Defendant Gerald Shvartsman for: (i) the principal amount of $1,610,023.38 due under the Loan; (ii) accrued interest, default interest, late charges, processing fees, court costs, advances, attorneys' fees, and all other amounts recoverable from Gerald Shvartsman under the G. Commercial Guaranty.

Dated this 21st day of October, 2019.

QUARLES & BRADY LLP

By:/s/ Drew P. O'Malley
Natalie P. Thomas
Florida Bar No. 147680
Drew P. O'Malley
Florida Bar No. 106551

QB\60045027.1

101 East Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195
Telephone:  813-387-0300
Facsimile:  813-387-1800
natalie.thomas@quarles.com
drew.o'malley@quarles.com
*Counsel for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notice to the following parties:

| | |
|---|---|
| Andrew M. Feldman, Esquire<br>Feldman Law<br>7700 N. Kendall Drive, Suite 809<br>Miami, FL 33156<br>AFeldman@FeldmanLawOffices.com<br>*Counsel for Defendant, Conquest Financial Management Corp.* | Steven Fender, Esq.<br>Law Office of Steven Fender<br>Post Office Box 1545<br>Fort Lauderdale, FL 33302.1545<br>Steven.fender@fender-law.com<br>*Counsel for Defendants, Michael Shvartsman and Gerald Shvartsman* |

        */s/ Drew P. O'Malley*
        Drew P. O'Malley