UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JP MORGAN CHASE BANK, N.A.**               CASE NO.: 1:19-cv-22712-UU

    **Plaintiff,**

v.

**CONQUEST FINANCIAL
MANAGEMENT CORP., et al.,**

    **Defendants.**
_____/

### REPORT OF MEDIATOR

The undersigned court-appointed mediator, reports to the court as follows:

A.    A mediation conference was conducted on February 13, 2020.

B.    The conference resulted in the following: A Term Sheet was executed and is subject to a final settlement agreement.

C.    The parties represent they will timely file a notice of settlement under Local Rule 16.4 after execution of a final settlement agreement.

Dated: February 25, 2020.      **JERRY M. MARKOWITZ**
*Mediator*
9130 South Dadeland Boulevard
Two Datran Center, Suite 1800
Miami, Florida 33156-7849
Telephone: (305) 670-5000
Facsimile: (305) 670-5011

By:    /s/ Jerry M. Markowitz
        JERRY M. MARKOWITZ
        Florida Bar No. 182420
        E-mail: jmarkowitz@mrthlaw.com

***Attendees:***

Drew P. O'Malley, Esq.
*Counsel for Plaintiff, JP Morgan Chase Bank, N.A.*

Jonathan Bello
For JPMorgan Chase Bank, N.A.

George Steven Fender, Esq.
*Counsel for Defendant, Michael & Gerald Shvartsman*

Michael Shvartsman

Gerald Shvartsman

Andrew Martin Feldman, Esq.
*Counsel for Defendant, Conquest Financial Management Corp.*

***Served via email on February 25, 2020 to:***

Drew P. O'Malley, Esq.
Email:  Drew.O'Malley@quarles.com

George Steven Fender, Esq.
Email:  steven.fender@fender-law.com

Andrew Martin Feldman, Esq.
Email:  afeldman@feldmanlawoffices.com