UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22712-UU

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,
v.

CONQUEST FINANCIAL
MANAGEMENT CORP., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion for Extension of Time to File Papers Relating to Settlement (the "Motion"). D.E. 46. The Court has considered the Motion and the pertinent portions of the record and is otherwise fully advised on the premises. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 46) is GRANTED. All papers related to the settlement reached between the parties, including any order of dismissal stating specific terms and conditions, must be filed no later than **Wednesday, June 17, 2020**. If such papers are not filed by this deadline, all pending claims will be dismissed without further notice. No further extensions will be granted under any circumstances.

DONE AND ORDERED in Chambers, Miami, Florida, this _22d_ day of May, 2020.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record