# UNITED STATES DISTRICT COURT
## OF THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | |
| Plaintiff, | |
| v. | Case No. 1:19-CV-22712-UU |
| CONQUEST FINANCIAL MANAGEMENT CORP; MICHAEL SHVARTSMAN, and GERALD SHVARTSMAN, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JPMorgan Chase Bank, N.A., and Defendants, Conquest Financial Management Corp., Michael Shvartsman, and Gerald Shvartsman, hereby stipulate to the dismissal with prejudice of the above-captioned case, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| FELDMAN LAW | QUARLES & BRADY LLP |
| By: /s/ Andrew M. Feldman<br>    Andrew M. Feldman, Esq.<br>    Florida Bar No. 161969<br>    9100 S. Dadeland Blvd., Suite 1500<br>    Miami, FL 33156<br>    Telephone 305-445-2005<br>    Facsimile: 305-445-2889<br>    AFeldman@FeldmanLawOffices.com<br>*Counsel for Conquest Financial Management, Corp.* | By: /s/ Bradley W. Crocker<br>    Bradley W. Crocker, Esq.<br>    Florida Bar No. 118616<br>    101 East Kennedy Blvd., Suite 3400<br>    Tampa, FL 33602-5195<br>    Telephone: 813-387-0300<br>    Facsimile: 813-387-1800<br>    Bradley.crocker@quarles.com<br>        *and*<br>    Benjamin B. Brown, Esq.<br>    Florida Bar No. 13290<br>    1395 Panther Lane, Suite 300<br>    Tampa, FL 34109-7874<br>    benjamin.brown@quarles.com<br>*Counsel for JPMorgan Chase Bank, N.A.* |
| LAW OFFICES OF STEVEN FENDER | |
| By: /s/ Steven Fender<br>    Steven Fender, Esq.<br>    Florida Bar No. 60992 | |

QB\63587646.1

>Post Office Box 1545
>Fort Lauderdale, FL 33302-1545
>Telephone: 407-810-2458
>Facsimile: 561-653-3937
>Steven.Fender@fender-law.com
*Counsel for Michael Shvartsman and Gerald Shvartsman*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on below via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Andrew M. Feldman, Esquire<br>Feldman Law<br>7700 N. Kendall Drive, Suite 809<br>Miami, FL 33156<br>AFeldman@FeldmanLawOffices.com<br>*Attorney for Defendant, Conquest Financial Management Corp.* | Steven Fender, Esq.<br>Steven.fender@fender-law.com<br>LAW OFFICE OF STEVEN FENDER<br>Post Office Box 1545<br>Fort Lauderdale, FL 33302.1545<br>Telephone:  407-810-2458<br>Facsimile: 561-653-3937<br>*Counsel for Defendants,*<br>*Michael Shvartsman and Gerald Shvartsman* |

>*/s/ Bradley W. Crocker*
>Attorney